RECEIVED
NOV 1 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| STANLEY ROBERT<br>    LA. DOC #187531<br>VS. | CIVIL ACTION NO. 6:12-cv-1968<br>SECTION P<br>JUDGE REBECCA F. DOHERTY |
| JUDGE LORI LANDRY, ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking money damages from a defendant immune from suit pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**The Clerk is directed to send a copy of this Judgment to the keeper of the three strikes list, Tyler, Texas.**

THUS DONE AND SIGNED, in chambers, Lafayette, Louisiana, on this __13__ day of __November__, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE